UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Kerry Dimart Allen, <br><br> Petitioner. <br> v. <br><br> Rick Thaler, <br><br> Respondent. | 4:11-cv-1676 |

## ORDER

Pending before the Court is Petitioner Allen's motion to file an application *ex parte*. This motion is well taken and is in all parts GRANTED.

SIGNED this 1st day of June, 2011.

_____
Vanessa Gilmore, United States District Judge