IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KERRY DIMART ALLEN,  § | |
|     Petitioner, § | |
| § | |
| v. § | CIV. ACTION NO. 4:11-mc-1676 |
| § | ECF |
| RICK THALER, § | |
| Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
|     Respondent. § | |
| § | |

**RESPONDENT THALER'S NOTICE OF WITHDRAWAL**

This case involves a federal habeas proceeding filed pursuant to 28 U.S.C. § 2254 by Texas death row inmate Kerry Dimart Allen. The Director attempted to file a response in opposition to petitioner's motion to stay further proceedings and hold his case in abeyance. *See* Opposed Motion, ECF No. 8 and 9. However, after filing, the Director realized that document ECF No. 8 was incorrectly formatted, and both documents ECF No.'s 8 and 9 were incorrectly captioned. The Director now asks the Court to please withdraw both documents and consider instead Respondent Thaler's Opposition to Motion to Stay Further Proceedings and Hold this Case in Abeyance, filed following this Notice of Withdrawal.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DON CLEMMER
Deputy Attorney General for Criminal Justice

EDWARD L. MARSHALL
Chief, Postconviction Litigation Division

/s/ Tomee M. Heining
_____
*TOMEE M. HEINING

*Attorney in charge

Assistant Attorney General
Texas Bar No. 24007052
Southern District Admission No. 25024
Office of the Attorney General
Postconviction Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone: (512) 936-1600
Telecopier: (512) 320-8132

ATTORNEYS FOR RESPONDENT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2011, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Southern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: Seth Kretzer and Jonathan Landers.

/s/ Tomee M. Heining
_____
TOMEE M. HEINING
Postconviction Litigation Division