Kerry D. Allen #995371
Polunsky Unit 3872 FM 350 So
Livingston Tx. 77351

Honorable Vanessa D. Gilmore                                    Oct. 25, 2012
United States District Court
For the Southern District of Texas, Houston Division
9513 Bobcasey U.S. Courthouse
515 Rusk St.
Houston Tx. 77002

4:11cv1676

VANESSA D. GILMORE
U.S. DISTRICT JUDGE

OCT 29 2012

RECEIVED IN CHAMBERS

Re: Seth Kretzer and Jonathan Landers My Court appointed Attorneys

Dear Judge Gilmore,

I have been wrestling to write this letter because I do not want to appear that I am complaining against every attorney appointed to me. But Judge Gilmore, the Court appointed these attorneys and if I do not make any effort to report how I am being treated by them, to go on record then this will be my fault not the Court's.

Seth Kretzer was appointed my lead attorney for my federal appeal. But from the first day he introduced himself and Jonathan Landers, Mr. Kretzer has not spoken to me. When I write his office it is Jonathan who replys. It has only been Mr. Landers who has communicated with me throughout this whole appeal process. Mr. Kretzer has come to the unit with investigators for other clients and I have witness him in communication but for some reason he has left Mr. Landers to deal with me.

The reason I am asking for this to go on record is because recently received a letter from Mr. Kretzer office that was a motion to the court for rebutal to the State's responce. I wrote Mr. Kretzer asking had the State filed a responce to our brief because I never received a copy of such.

It was Mr. Landers who replied instead of Mr. Kretzer informing me Seth sent two copies of the States responde to me but did not indicate the dates he mailed them.

Judge Gilmore, I have been on the Polunsky unit for 11 years. And in those 11 years all legal mail is logged by the mailroom clerks, brought to the inmate directly, opened in the presence of the inmate then given to them. This policy has never changed. The mailroom checked their logs and there is no record of Mr. Kretzer sending mail out twice - Once was the motion for rebutal, the other was the first and only copy of the States responce.

Once I reviewed the States responce I wrote Mr. Landers asking to meet with him and Seth because I was distrubed to learn from reading the States responce that the juror claim we raised, the man never sat on my jury. I had concerns of how the State enlisted things in their responce that though it's in trial record, had nothing to do with the exact claims we raised but just efforts to trash my character to the Court.

So I asked Mr. Landers to please meet with me before they filed the rebutal Due Oct 26, 2012 that I may discuss the concerns I had with the States responce.

Judge Gilmore, all I asked for was one visit to have explained to me why my attorneys file a claim of a man who never sat on a jury and how best to rebutal the attacks on my character which the State found so important to address.

Mr. Landers replied that they would not come see me before Oct. 26, 2012 using as an excuse they needed as much time as possible before Oct. 26th. I did not ask for them to come every day judge Gilmore, I asked for One day for these attorneys to come hear my concerns and address them so that I would have a clear understanding how they would rebutal the States responce to our claims.

Because neither men thought enough to show me the respect to come and at lease hear my concerns I have no choice but to accept whatever they file regardless if I agree with it or not. And I want it on record that this is the kind of conduct I have received at all levels of my Appeal by my Court appointed attorneys. I have never even asked what I think. And when I do raise a question that I want investigated it is never address. Mr. Landers did not respond to a letter I wrote him and sent a reply apologizing But did not remember the questions and asked what were there.

Judge, Mr. Landers could have simply went to his files to find that letter but he must have discarded it. I realize at this point nothing can be done. What is filed is filed. But I want it to go on record that I was never given a fair opportunity to address any of the concerns I had with the States responce with my Court appointed attorneys who felt it was not important to hear what I had to say but filed what they wanted regardless of what I think.

For the record, I could have written my concerns, But I would have never gotten the respect from correspondence that I would face to face. And it would not have hurt Mr. Kretzer or Landers to come one day to hear me out. One day would not have hurt anything.

Thank you

[signature]

Kerry Rojo Hun 999386
Inmate unit 3092 Fm 353 S.
Navasota TX. 77861 USA

Honorable Judge Vanessa D. Gilmore
United States District Court
For the Southern District of Texas Houston Division
9513 Bobcases U.S. Courthouse
515 Rusk St
Houston Tx. 77002

77002=2605

United States Courts
Southern District of Texas
FILED
OCT 29 2012
David J. Bradley, Clerk of Court