Honorable Vanessa Gilmore
9513 Bob Casey CourtHouse
515 Rusk Str.
Houston Tx. 77002

Kerry Allen 999386
Polunsky Unit
3872 FM 350 So.
Livingston Tx. 77351

*April 12, 2021*

RE: Recusal of counsel / To be granted counsel from the OCFW.

**VANESSA D. GILMORE**
**U.S. DISTRICT JUDGE**
**APR 16 2021**
**RECEIVED IN CHAMBERS**

Dear honorable judge Gilmore,

I would like to first say that I am sorry that you are retiring at the end of the year. Even though I believe you rubber stamped my federal appeal with prejudice, I have no doubt that you are a excellent fair judge with a record to prove it.

Judge Gilmore, in 2016 you appointed attorneys Seth Kretzer and Jonathan Landers to handle my federal appeal.

From the first meet and greet, I made clear that I did not want funding for testing my IQ because I would not fail it. But regardless of claims I believed had merits with the court on constitutional levels, the counsel you appointed was bent on trying to find a easy claim they could file.

Both attorneys repeatedly told me your Honor that they see very clearly that I am a very intellegent person but asked that I humor them and see some expert that they paid out of pocket for me to see. I refused and that's when the attorney/client relationship dissovled between Mr. Kretzer and I. Mr. Kretzer was appointed the lead attorney, but your honor, Seth and I have'nt spoken to each other in the last four years since you appointed him.

    Check the unit records of the number of times Mr. Kretzer and Landers came to the unit to see me, legal visits and legal phone calls are logged. And the records will show that Mr. Kretzer only came with Mr. Landers a few times. But I need you to understand that in those few times Mr. Kretzer came with Mr. Landers, He did not sit and talk to me. He was here to meet with other clients while Mr. Landers talked to me.

    There was one time Mr. Kretzer had me pulled out for legal visit. When I came out I told him of a claim I felt I had strong merits that could be filed in the event I get a execution date. We went back and forth for about two minutes, then the officer came and told Mr. Kretzer his next legal visit refused to see him.
    Mr. Kretzer had her to call and have a officer go tell his client he needed to see him. But there was another client in the booth next to me that Kretzer had already seen before me that he stopped and went back to talking to Judge Gilmore. I was left in that booth over 50 minutes, When I told the escorts to take me back, Mr. Kretzer jumped up and had the nerve to tell me don't leave. I told him I was through with him and told him to recuse himself from my case.

Judge Gilmore, I enclosed the letter I sent to Mr. Kretzer terminating his service.

As far as Mr. Landers, he has come to see me more and answer questions I have asked. The problem is, every time I ask can we file this or that, All I get in responce is I can't raise it because it was'nt raised on the State level. It was Mr. Landers who made me aware that my Habeas corpus counsel took another inmates appeal and pasted my name to it. So I asked can't we file a IAC on my habeas counsel, and again, I was told some legal reason why I can't file. I asked Mr. Landers, you always tell me what can't be filed, then what can I file that will help me get a stay.

Judge Gilmore, from the trial level of this case I have been given appointed counsel that has taken little to no interests in seeing that I receive a fair due process of the law.
And because of the lack of interest and no proper investigations to this case, I am awaiting a execution dated with no pending appeals to file once a date is set.

I have recntly terminated both Mr.Kretzer and Mr.Landers per the Texas Disciplinary Rules of Professional Conduct rule 1.15. And gave them seven working days to respond.

Mr.Landers of course sent a correspondance letting me know that he and Mr.Kretzer felt it would be in their best interest to comply even though they can ignor it. And that the tricky part is they were appointed by your court.

Judge Gilmore, as you are preparing to retire, I am making a plea that I may not be able to make after you leave the benech; I am pleading with you that you will remove Mr.Kretzer and Mr.landers from my case and appoint someone from the OFFICE OF CAPITAL AND FEDERAL WRIT, to my case to help me file a subsequent writ that my two present counsel refuse to do.

Your honor, I have heard men who have had you for their federal appeal talk of how you are a fair judge and not part of the good ole boys system.
I am pleading with you in the name of the true living GOD, to allowing me the chance to have appointed to me a counsel from the OCFW, so that I may have a chance to file something that will help me get a fair chance at the due process of the law.

Thank you for your time. And I had rally wished that president Obama would have nominated you to the Supreme Court. And as president Biden is considering stacking the court, I hope that someone will enter your name because I really believe you would make a good justice. Texas will lose a good justice and I hope president Biden will nominated another African-American female with just as much strenth and fairness as you were against a system that at time rebuked and critizied your rulings.

Sincerely,

*Kerry D. Allen*
Kerry D. Allen

Seth Kretzer  
Attorney At Law  
The Lyric Center  
440 Louisiana Str. Ste.200  
Houston Tx.77002

*Copy*

Kerry D.Allen 999386  
Polunsky Unit  
3872 FM 350 So.  
Livingston Tx.77351

Cause # 844387

RE: Termination of service  
Date _____

Dear Seth,

After you left me in the attorney's booth for more than 50 minutes, then shoot back only when you saw that I had enough of waitng for you to return and told the officers to tack me back, I had had enough from you.

Since the day you were appointed to my case by the federal Judge, Vanessa D.Gilmore, You have not acted in my best interest. When I talk to you about some thing I wish you to raise as a claim, you give a condescending responce and never do as I ask.

It has been Jonathan Landers who was appointed with you who has been the primary person that seems to have been doing all the work and making excuses for your behavior.

As you know I have been refusing to meet with you anymore because I know that you have no interest in listening to me.

Therefore I asked you to recuse yourself and you still have not so because we have a strong conflict of interest and I can not trust you to act properly in my behalf, I am  per the Texas Disciplinary Rules of Professional Conduct, Rule 1.15, hereby <u>Discharge your counsel, and withdrawal is mandatory !</u>

You are not to file anything to the courts for me any longer.

You have spoken directly with Mr. Eric Allen of the Law office of Eric Allen, 4605 Morse Rd. Gahanna, Oh 43230, And I have been informed by him that you have given Mr.Allen permission to work on my case and file the very claim that I have repeatedly asked you to but you refuse. Mr.Allen said that you granted him permission to file it. But what troubles me is you never mentioned that Mr.Allen was given permission to help me to Jonathan Landers Seth, which makes me not trust you that much more, because Jonathan did not know about Mr.Allen when I met with him recently.

So I want to be clear that as of this day _____ the month of _____ the year of _____, You are no longer my attorney on record, and I am instructing you to file a motion of withdrawl within the next twenty business days of this letter with the court. Failure to file a motion of withdrawl within twenty business days of this letter, will result to me filing a formal grievance with the Texas State Bar.

Please be advised that I am fowarding a copy of this letter to the following :

Jonathan Landers  
Attorney At Law  
917 Franklin Ste.300  
Houston Tx.77002

David Bradley  
Clerk of Court  
5401 Bob Casey U.S.Courthouse  
515 Rusk Str.  
Houston Tx.77002

The Honorable Vanessa D.Gilmore  
9513 Bob Casey Courthouse  
515 Rusk Str.  
Houston Tx.77002

K. Allen #9916
[illegible]
[illegible] TX 77351

NORTH HOUSTON TX 773
14 APR 2021 PM 3 L

The Honorable Judge Vanessa V. Gilmore
9513 Bob Casey Courthouse
515 Rusk St.
Houston TX. 77002

77002-260598


FOREVER / USA