United States District Court
Southern District of Texas
**ENTERED**
July 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KERRY DIMART ALLEN, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-1676 |
| BOBBY LUMPKIN, | § | |
| Respondent. | § | |

## ORDER

Pending before the Court is Petitioner's Motion for Removal of Attorney **(Instrument No. 48)**. Although this case is now closed as all federal appeals have been exhausted, the motion is **GRANTED**. New counsel will be appointed as Petitioner is entitled to have counsel at every stage of potential judicial proceedings.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the _2nd_ day of July, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**